UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ernie H. Nelson
a/k/a Adbull Shaikh Shabaz

     v.                                        Civil No. 12-cv-203-PB

Daniel Wiley

## ORDER GRANTING MOTION TO PROCEED
## *IN FORMA PAUPERIS*

The plaintiff, an inmate at Hillsborough County Department of Corrections ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case and a certificate signed by an authorized individual from the Institution indicating a balance on the account of $03. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $.03 there shall be no initial filing fee assessed. Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The initial partial filing fee, and monthly payments thereafter as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this

Order, along with a copy of the signed Prisoner Consent Form (doc. no. 7), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

                                                                                     _____
                                                                                      Landya B. McCafferty
                                                                                       United States Magistrate Judge

Dated:  August 8, 2012

cc:  Ernie H. Nelson, pro se
     Hillsborough County Department of Corrections, Inmate Accounts